**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY, | Case No.: 13-00951 CW (PR) |
| Plaintiffs, | |
| v. | |
| FLOY E. DAWSON, et al., | |
| Defendants. | |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY, | Case No.: 13-00952 CW (PR) |
| Plaintiffs, | |
| v. | |
| KATHLEEN BONILLA, | |
| Defendant. | |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY, | Case No.: 13-00953 CW (PR) |
| Plaintiffs, | |
| v. | |
| FRANCIE KOEHLER, et al., | |
| Defendants. | |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY, | Case No.: 13-00954 CW (PR) |
| Plaintiffs, | |
| v. | |
| PACIFIC GROWERS, et al., | |
| Defendants. | |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY, | Case No.: 13-00955 CW (PR) |
| Plaintiffs, | |
| v. | JUDGMENT |
| PACIFIC GROWERS, | |
| Defendant. | |

Pursuant to the Court's Order of today's date dismissing the

present actions pursuant to 28 U.S.C. § 1915(g), a judgment of

DISMISSAL without prejudice is hereby entered.

   IT IS SO ORDERED.

Dated: 3/11/2013

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2